UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIG C. LEON,                                            No. C 08-4447 MHP (pr)

    Petitioner,                                          **ORDER OF TRANSFER**

v.

KEN CLARK, Warden,

    Respondent.
                                          /

    Craig C. Leon has filed a petition for writ of habeas corpus to challenge his conviction from the Stanislaus County Superior Court. Stanislaus County lies within the venue of the Eastern District of California. Leon is currently incarcerated in a state prison in Corcoran. Corcoran is in Kings County, also within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction is preferably heard in the district of conviction. Habeas L.R. 2254-3(b). Because the conviction occurred in the Eastern District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interest of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California.

    IT IS SO ORDERED.

DATED: December 18, 2008

                                              Marilyn Hall Patel
                                              United States District Judge